1    PATRICK D. ROBBINS (CABN 152288)
     Acting United States Attorney
2
     MARTHA BOERSCH (CABN 126569)
3    Chief, Criminal Division

4    JONAH P. ROSS (CABN 305076)
     Assistant United States Attorneys
5
          1301 Clay Street, Suite 340S
6         Oakland, California 94612
          Telephone: (510) 637-3713
7         FAX: (510) 637-3724
          Email:  jonah.ross@usdoj.gov
8
9    Attorneys for United States of America

10                   UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14   UNITED STATES OF AMERICA,          )   NO. 4:24-CR-00225-HSG
                                        )
15            Plaintiff,                )   **STIPULATION AND [PROPOSED] ORDER TO**
                                        )   **CONTINUE CHANGE OF PLEA HEARING,**
16       v.                             )   **AND TO EXCLUDE TIME AND EXTEND**
                                        )   **DEADLINE UNDER THE SPEEDY TRIAL ACT**
17   MICHAEL LEE PATTERSON,             )   **TO MAY 14, 2025**
                                        )
18            Defendant.                )
                                        )
19   _____  )

20

21          IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea

22   hearing for defendant Michael Lee Patterson scheduled for April 30, 2025, be continued to May 14,

23   2025, at 2:00 p.m. for change of plea.  The parties have agreed in principle on a resolution, but the

24   parties require additional time to finalize a written plea agreement and to provide defense counsel with

25   sufficient time to thoroughly review the plea agreement with the defendant.

26          The continuance is sought under the Speedy Trial Act.  The parties agree and stipulate that the

27   time until May 14, 2025 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective

28

STIP. & [PROPOSED] ORDER RE.
CHANGE OF PLEA                          1
Case No. 4:24-CR-00225-HSG                                          v. 7/10/2018

1  preparation of counsel and continuity of counsel because the ends of justice served by the granting of the

2  continuance outweigh the best interests of the public and defendant in a speedy and public trial for the

3  reasons described above.

4

5                                    IT IS SO STIPULATED.

6

7  DATED:  April 28, 2025                    _____/s/_____
                                            JONAH P. ROSS
8                                           Assistant United States Attorney

9

10 DATED:  April 28, 2025                    _____/s/_____
                                            LANCE K. KUBO
11                                          Counsel for Defendant Michael Lee Patterson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

3

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea hearing for

4

defendant Michael Lee Patterson, currently scheduled for April 30, at 2:00 p.m., is continued to May 14,

5

2025, at 2:00 p.m. for change of plea before the Honorable Haywood S. Gilliam, Jr.

6

IT IS FURTHER ORDERED that the time until May 14, 2025, is hereby excluded from the

7

Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into

8

account due diligence, and continuity of counsel.  The Court finds that the ends of justice served by

9

granting the continuance outweigh the best interests of the public and defendant in a speedy, public trial.

10

11

12

13

**IT IS SO ORDERED.**

14

15

Dated:    4/28/2025

16

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28