UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** May 21, 2025 | **Time:** 25 Minutes | **Judge:** HAYWOOD S. GILLIAM, JR. |
| **Case No.:** 24-cr-00225-HSG-1 | **Case Name:** USA v. Patterson | |

**Defendant:** Michael Lee Patterson **(Present, In Custody)**
**Attorney for Plaintiff:** Ivana Djak for Jonah Ross
**Attorney for Defendant:** Lance Kubo

| | |
|---|---|
| **Deputy Clerk:** Nicole Hall<br>Nikki D. Riley | **Court Reporter:** Kendra Steppler<br>appearing via Zoom |

**PROCEEDINGS:  CHANGE OF PLEA- HELD**

**Notes:**  Defendant is sworn; Plea Agreement is signed and filed in open court; Defendant admits to Counts 1 and 2 of the Indictment.  Matter is continued to September 17, 2025, at 2:00 p.m. for sentencing. Defendant is remanded into the custody of the U.S. Marshal.