UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR 24-00225 HSG |
| Plaintiff, ) | **PRELIMINARY ORDER OF FORFEITURE** |
| v. ) | |
| MICHAEL LEE PATTERSON, ) | |
| Defendant. ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States, and the plea agreement entered on May 21, 2025, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 18, United States Code, Sections 2253, and 924(d), and Title 28, United States Code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853:

- One Samsung Galaxy S9, metallic pink, IMEI 354267090581151, seized by the government on May 31, 2023;

- One LG Mobile Device, black,# LM-Q710MS and SN# 809CYZP853285, seized by the government on May 31, 2023;

PRELIMINARY ORDER OF FORFEITURE
CR 24-00225 HSG                                                                                                                  1

- One LG Mobile Device, model #LGMP450, SN#705CYJZ126444, seized by the government on May 31, 2023;

- Amazon tablet, black, seized by the government on May 31, 2023;

- Micro SD, 1 GB, black, with identifier SD-C0lG, seized by the government on May 31, 2023;

- Transcend Micro SD card, 2 GB, seized by the government on May 31, 2023;

- ADP USB drive, white, seized by the government on May 31, 2023;

- USB drive, missing casing, seized on or about May 31, 2023;

- Huawei cell phone, Model: M860, Serial Number: 2XA9MB 1 0C234203 l, seized on May 31, 2023;

- Huawei cell phone, Model: M931, Serial Number: F4G2D91352510113, seized on May 31, 2023;

- All firearms seized from my vehicle and my residence in Brentwood, CA, on or about May 31, 2023, including but not limited to a Spike's Tactical Model ST-15 5.56mm Nato rifle, bearing serial number 039394.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 17th day of September, 2025.

_____
HON. HAYWOOD S GILLIAM, JR
United States District Judge