Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone      209.414.3266
Facsimile       209.414.3268
Attorneys for Defendant MICHAEL LEE PATTERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LEE PATTERSON,<br><br>Defendant. | Case No.: 4:24-CR-00225-HSG<br><br>STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING (AS MODIFIED) |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Jonah Ross, and Defendant Michael Lee Patterson, by and through his counsel of record, Mary Ann F. Bird, hereby stipulate as follows:

1.  On December 17, 2025, this Honorable Court set a hearing for the determination of victim restitution to be held on February 25, 2026.

2.  Defense has been informed that the Government has continued to receive, as recently as last week, restitution demands from the victims in this matter.

STIPULATION AND ORDER - CONTINUANCE
PAGE: 1

3. Because the restitution demands have not been finalized and discovered to Defense, Defense needs additional time to receive, analyze and present information relevant to the issue of total victim restitution to Defendant. The only method of communication between Defendant and his counsel is through the United States Postal Service.

4. Defense has communicated the need for additional preparation time to the Government. Having considered defense counsel's request, the Government has no opposition to the requested continuance for the restitution hearing.

5. Therefore, by this stipulation, Defense respectfully requests that this Court continue the date for restitution hearing to May 27, 2026.

6. Defendant has been previously advised of his rights pursuant to Title 18 U.S.C. §§3663 and 3663A (Mandatory Victims Restitution Act), with waiver previously approved by the Court and on file.

IT IS SO STIPULATED.                        Respectfully submitted,

Dated: February 10, 2026                    CRAIG H. MISSAKIAN
                                            United States Attorney

                                            ___/s/ Jonah Ross_____
                                            JONAH ROSS
                                            Assistant United States Attorney

Dated: February 10, 2026                    ___/s/ Mary Ann Bird_____
                                            MARY ANN F. BIRD
                                            Attorney for MICHAEL LEE PATTERSON

///

///

STIPULATION AND ORDER - CONTINUANCE
PAGE: 2

**FINDINGS AND ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the restitution hearing to May 27, 2026. The Court further finds that the ends of justice are met by continuing the sentencing hearing to May 27, 2026, to allow all victims in this matter to timely submit their claims for restitution pursuant to the Mandatory Victims Restitution Act ("MVRA"). Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the restitution hearing shall be continued to May 27, 2026 at 2:00 p.m.  The Court confirms here that it will order restitution, as required by the MVRA, with only the amount to be determined.  *See Dolan v. United States*, 560 U.S. 605, 608 (2010).

IT IS SO ORDERED.

DATE:  2/11/2026

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - CONTINUANCE
PAGE: 3