CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3713
    FAX: (510) 637-3724
    Email:  jonah.ross@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 4:24-CR-00225-HSG |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) **RESTITUTION HEARING TO SEPTEMBER** |
| | ) **23, 2026** |
| MICHAEL LEE PATTERSON, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the restitution hearing for defendant Michael Lee Patterson scheduled for July 8, 2026, be continued to September 23, 2026, at 2:00 p.m.  The government believes it has now received all restitution requests, and the parties will continue to work in good faith to resolve restitution.  The defendant has previously been advised of

STIP. & ORDER RE.
RESTITUTION HEARING          1
Case No. 4:24-CR-00225-HSG                                         v. 7/10/2018

his rights pursuant to Title 18 U.S.C. §§3663 and 3663A (Mandatory Victims Restitution Act), with waiver previously approved by the Court and on file.

IT IS SO STIPULATED.

DATED:  July 6, 2026

_____/s/_____
JONAH P. ROSS
Assistant United States Attorney

DATED:  July 6, 2026

_____/s/_____
MARY ANN F. BIRD
Counsel for Defendant Michael Lee Patterson

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the restitution hearing for defendant Michael Lee Patterson, currently scheduled for July 8, 2026, at 2:00 p.m., is continued to September 23, 2026, at 2:00 p.m., before the Honorable Haywood S. Gilliam, Jr.

**IT IS SO ORDERED.**

Dated:    7/7/2026

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIP. & ORDER RE.
RESTITUTION HEARING                    3
Case No. 4:24-CR-00225-HSG                                        v. 7/10/2018